■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CALVIN LEE, Appellant, v WILLIAM A. LEE, Respondent. [976 NYS2d 394]— In a proceeding pursuant to CPLR article 70 for a writ of habeas corpus, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Sammarco, J.), dated October 7, 2011, which, without a hearing, denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The issue that the petitioner raises in this proceeding for a writ of habeas corpus was raised by the petitioner, and reviewed by the Supreme Court, Kings County (Chun, J.), in a prior motion to vacate his judgment of conviction pursuant to CPL article 440. Accordingly, the Supreme Court properly denied the petition and dismissed the proceeding as procedurally barred (*see People ex rel. Burgess v Ercole*, 70 AD3d 735 [2010]; *People ex rel. Abdul-Aziz v Marshall*, 68 AD3d 902 [2009]; *People ex rel.*

*Almeyda v Schultz*, 18 AD3d 582 [2005]). Mastro, J.P., Lott, Austin and Hinds-Radix, JJ., concur.